FILED: January 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4701

(4:12-cr-00020-FL-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DEVONNE LAMAR MOORE, a/k/a Butter, a/k/a Butterbean

        Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing of the response to motion to dismiss to 01/30/2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk