FILED: March 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4701
(4:12-cr-00020-FL-1)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

DEVONNE LAMAR MOORE, a/k/a Butter, a/k/a Butterbean,

        Defendant - Appellant.

O R D E R

Devonne Lamar Moore seeks to appeal his sentence. The Government has moved to dismiss the appeal as untimely.

In criminal cases, the defendant must file the notice of appeal within fourteen days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court judgment was filed on February 5, 2013 and entered on February 11, 2013. The notice of appeal was filed on August 26, 2014. Because Moore failed to file a timely notice of appeal or to obtain an extension of the appeal period, we grant the Government's motion to dismiss the appeal as untimely.

Entered at the direction of the panel: Judge Wilkinson, Judge King, and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk